IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARY ANN METTER, as Personal Representative of the Estate of Edward O. Metter,** | ) ) ) ) | **CASE NO. 8:13CV133** |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| **UNITED STATES ARMY CORPS OF ENGINEERS,** | ) ) ) ) | |
| Defendant. | ) ) | |
| **JUSTIN ERICKSON, Husband, and JENNIFER ERICKSON, Wife,** | ) ) ) | **CASE NO. 8:13CV134** |
| Plaintiffs, | ) ) | |
| v. | ) ) | **REASSIGNMENT ORDER** |
| **UNITED STATES ARMY CORPS OF ENGINEERS,** | ) ) ) ) | |
| Defendant. | ) ) | |

Before the court are notices of related cases filed by the Plaintiffs in Case No. 8:13CV133 (Filing No. 5) and in Case No. 8:13CV134 (Filing No. 5). After review of the two matters, the court finds that the above cases are related as defined under NEGenR 1.4(a)(4)(C)(iii). Accordingly, Case No. 8:13CV134, *Justin Erickson and Jennifer Erickson v. United States Army Corps of Engineers*, is reassigned to District Judge John M. Gerrard for disposition and to Magistrate Judge Cheryl R. Zwart for judicial supervision and processing of all pretrial matters.

IT IS SO ORDERED.

DATED this 8th day of May, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge